UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FERNANDO DAVID JUAREZ-RAMOS, | |
| Petitioner, | |
| v. | CAUSE NO. 3:26-CV-94-CCB-SJF |
| BRIAN ENGLISH and KRISTI NOEM, | |
| Respondents. | |

ORDER

The court previously granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered Respondents to release Fernando David Juarez-Ramos. (ECF 13.) Respondents have notified the court that he has been released. (ECF 15.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on February 20, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT